IN THE UNITED STATES District Court for
State of New Hampshire

IN RE United States commerce.
Alvin Faulkner #0898792
Western Correctional Inst.
13800 McMullen Highway S.W.
Cumberland, Maryland 21502
et al.

    petitioner

vs.                                             case no.

United States Marshal service
3817 Iensa Ave
Baltimore, Maryland 21237

    respondents

## Petition For Writ Of Habeas Corpus

IN RE United State Commerce, Alvin Faulkner sid #0898792 petitioner, pursuant to Article 1 section 9 of United States Constitution; in conjunction with 28 U.S.C. 2241 seq., respectfully moves this Honorable Court not to suspend the great Writ of Liberation/Habeas Corpus, but to exercise both courts authority and Jurisdiction in the court and review Constitutional authority of Federal Public Record, and grant this Writ, as reasons herefore Say:

## Authority for Granting Federal Habeas Corpus

It is well settled that in order for a prisoner to prevail on a Federal Habeas Corpus, the prisoner must first demonstrate that he was deprived of life, liberty or property by Governmental action Bererati vs. Smith (4th 1997) 120 F.3d 500 At. 502.

A Federal Court exercising Habeas Jurisdiction is limited to deciding whether a prisoner's custody is in violation of the Constitution or Law of the United States, 28 U.S.C. § 2241: Rose vs Hodges (1975) 423 U.S. 19 At. 12

28 U.S.C. § 2241(c)(3)(2012), that Writ of Habeas Corpus may issue when prisoner is in Custody in violation of the Constitution or Law .... of the United States.

The issue presented on Federal Habeas Corpus mandates petitioner unconditional Release, under the authority and Jurisdiction of Federal Public Records

## Issue Presented For Federal Habeas Corpus Relief

The issue and grounds for relief out-linned in this Petition for Habeas Corpus Relief - orginated in the Executive Brach of Maryland State Division of Correction D.O.C. #186-774 on November 7, 2016 while petitioner was at Brockbridge Minimum Security Correctional Institution in Jessup, Maryland, The issue presented was United States Marshal Service Attempt to Execute United States Pardon # 301897210, was obstructed by State Employee, petitioner Alvin Faulkner Sid # 0898792, was never Release, constitutional Right to liberty restored.

## Ground For Issuance of Habeas Corpus Relief

Petitioner moves this Court to issue a Writ of Liberation Habeas Corpus, the ground for relief centers around United State Attorney General Contract #1215 dated October 2016;

The Terms of contract #1215 was as follow; In exchange for issuance of October 3, 2016 United State Pardon #3011897210 ordering petitioner Alvin Faulkner sid #0898792 unconditional Release from Division of Correction, index D.O.C #186-774,

Petitioner Alvin Faulkner sid #0898792 Would sign-over, copy Writes to Federally Patten 3 Point Software computer program,

Petitioner Honor his condition, his Pardon Constitutional Release from D.O.C by the respondents U.S. Marshal Service was interupted, and impech, by State employee declaring in return of service of U.S. Pardon #3011897210 State falsely that petitioner had been release from Brockbridge correctional insti, petitioner is entitled to grant of this Writ based upon the authority Federally Constitutional Public Record, petitioner is still being denied his Constitutional Right to Liberty.

Wherefore, petitioner moves this court to grant this Writ of Habeas Corpus for reason out-line in the writ

Respectfully

Alvin Faulkner

Certificate of Service

I Hereby certify on this 22nd day of January 2020, A copy of this Petition for Writ of Habeas Corpus was mailed postage pre-paid to United States District court for the District of state of New Hampshire, Warren B. Rudman U.S. courthouse 55 Pleasant Street Room 110, Concord N.H. 03301-3941

Alvin Faulkner

Mr. Alvin Faulkner # 0848142
W.C.I.
13800 McMullen Highway S.W.
Cumberland, Maryland 21502

To: Chief Judge
Warren B. Rudman U.S. Courthouse
55 Pleasant Street
Concord, New Hampshire 03301-3941

03301—395499